UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HIT NOTION, LLC,

     Plaintiff / Counter-Defendant,

v.

SANDERS COLLECTION INC.,

     Defendant / Counter-Plaintiff.

Case No. 24-10937

Honorable Robert J. White

## SCHEDULING ORDER

This civil case having come before the Court pursuant to Federal Rule of Civil Procedure 16 and the Parties having submitted a proposed discovery plan, the Court enters the following schedule to manage the progress of the case:

| EVENT / FILING[1] | DATE / TIMEFRAME |
| --- | --- |
| Initial disclosures | 09/12/2024 |
| Amendment of pleadings | 12/31/2024 |
| Interim status conference | 01/07/2025 |
| Lay and expert witness lists filed | 02/28/2025 |
| Discovery completed by | 08/15/2025 |
| Expert discovery completed by | 08/15/2025 |
| Dispositive motions filed by | 09/05/2025 |
| Challenges to experts | 09/05/2025 |
| Motions *in limine* | 11/19/2025 |

[1] For any events not listed here, please refer to Federal Rule of Civil Procedure 26.

| Joint proposed final pretrial order (and pretrial submissions) (*see* Case Management Requirements § VI) | 12/03/2025 |
|---|---|
| Final Pretrial Conference | 12/17/2025 @ 2:00 p.m. |
| Jury trial | 01/13/2026 @ 9:00 a.m. |
| Estimated length of trial | 6 days |

As this case progresses, the Parties should continually review the Court's Case Management Requirements.

Dated: September 9, 2024              s/Robert J. White
                                      Robert J. White
                                      United States District Judge