UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HIT NOTION LLC,

Plaintiff/Counter-Defendant,

v.

SANDERS COLLECTION INCORPORATED,

Defendant/Counter-Plaintiff.

Case No. 24-cv-10937

Honorable Robert J. White

**STIPULATED ORDER STAYING THE CASE**

This matter having come before the Court upon the stipulation of the parties, and the Court being otherwise fully advised in the premises, including the point that there are still unresolved issues in other tribunals that will affect the cost and scope of this case.

IT IS HEREBY ORDERED that the case will be stayed up to and including **Friday, October 30, 2026**.

SO ORDERED.

Date: July 31, 2026

s/Robert J. White
Robert J. White
United States District Judge

**STIPULATED TO:**


**Howard & Howard Attorneys PLLC**

*/s/ Andrew M. Grove*
Andrew M. Grove (P48868)
Claire E. Montgomery (P87717)
450 West Fourth Street
Royal Oak, Michigan 48067
(248) 723-0343 – direct
(248) 645-1568 – fax
jg@h2law.com
cmontgomery@howardandhoward.com

*Attorneys for Plaintiff*


Date: July 31, 2026


**Hodgson Russ LLP**

*/s/ with consent Patrick J. Hines*
Patrick J. Hines (NY Bar #4982666)
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
716-848-1679
phines@hodgsonruss.com

Neil B. Friedman
605 3rd Avenue
Suite 2300
New York, New York 10158
(212) 751-4300
nfriedma@hodgsonruss.com

Timothy J. Jordan
Garan Lucow Miller, P.C.
Attorneys for Defendant
1155 Brewery Park Blvd., Suite 200
Detroit, Michigan 48207
313-446-5531
tjordan@garanlucow.com

*Attorneys for Defendant*


Date: July 31, 2026